**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                    **4:98-CR-00197-WRW**

**KIRK BRIAN TURNER**

**ORDER**

Pending is Defendant's Motion to Modify Sentence Under 18 U.S.C. § 3582(c) (Doc. No. 68), based on the retroactive application of the United States Sentencing Commission's crack cocaine penalty reduction amendment.

On May 3, 1999, Defendant pled guilty to distribution of cocaine base, a violation of 21 U.S.C. § 841(a)(1).[1]  On September 8, 1999, he was sentenced to 210 months in prison, followed by 5 years supervised release.[2]

Not every person sentenced for a crack cocaine offense is eligible for consideration for a sentence reduction.[3]  Only those persons currently serving a sentence determined or affected by a sentencing range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible.  If a defendant was not sentenced based on the drug quantity table, there is no basis for the Court to exercise its discretion to grant a sentence reduction.[4]

---

[1] Doc. No. 35.

[2] Doc. No. 40.

[3] *See* U.S.S.G. § 1B1.10, Reduction in Term of Imprisonment as a Result of Amended Guideline Range (Policy Statement) (March 3, 2008).

[4] U.S.S.G. § 1B1.10(a)(1).

1

Defendant's base offense level and sentence were not determined based on the drug quantity table, but rather on his status as a "career offender" under U.S.S.G. § 4B1.1. Therefore, the crack cocaine amendment does not apply.[5]

## CONCLUSION

After reviewing the case file and based on the findings of fact and conclusions of law above, Defendant's Motion to Modify Sentence Under 18 U.S.C. § 3582(c) (Doc. No. 68) is DENIED.

IT IS SO ORDERED this 31st day of March, 2009.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[5] *U.S. v. Clay*, 524 F.3d 877, 978-79 (8th Cir. 2008) (holding that a defendant who was sentenced based on his career offender status under § 4B1.1 was not eligible for a sentence reduction under the crack cocaine amendment).